COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE: SAUL ROMERO,


 Relator.
§


 


§


 


§


 


§


 


§


 


 § 





No. 08-09-00099-CV

AN ORIGINAL PROCEEDING


IN MANDAMUS


MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

 

 Relator has filed a pro se petition for writ of mandamus requesting that this Court order the
El Paso County District Clerk to file his "Notice to Sue Plaintiff's State Constitutional Claim for
Wrongful Imprisonment and for Damages."

 This Court does not have the authority to issue a writ of mandamus against a private party.
See Tex.Gov't Code Ann. § 22.221(a) (Vernon 2004). Therefore, mandamus relief is denied.


 GUADALUPE RIVERA, Justice


May 27, 2009


Before Chew, C.J., McClure, and Rivera, JJ.